FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 15 PM 2: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES,

    Plaintiff,

vs.

THE FINAL DETAIL, INC.,
HOWARD REED, and DIANNE REED,

    Defendants.

No. 04-2438BV

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Before the court is the August 22, 2005 motion of the plaintiff, the United States of America, pursuant to Rule 37 of the Federal Rules of Civil Procedure, to compel the defendants to produce documents requested for production at the defendants' depositions.

Pursuant to Local Rule 7.2(a)(2), responses to motions in civil cases are to be filed within fifteen days after service of the motion. The defendants have not filed a response to this motion, and the time for responding has now expired. Rule 7.2(a)(2) further provides that "[f]ailure to respond timely to any motion . . . may be deemed good grounds for granting the motion."

In the absence of any response by the defendants, the United States' motion to compel is granted. The defendants are directed to produce the requested documents within eleven days of service of this order. Failure to do so may result in sanctions, including contempt of court.

IT IS SO ORDERED this 14th day of September, 2005.

                         _Diane K. Vescovo_
                         DIANE K. VESCOVO
                         UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02438 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Monica M. Simmons
U.S. ATTORNEY'S OFFICE
200 Jefferson
Suite 811
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT